IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF IDAHO

| In re: | Bankruptcy No. 22-20032-JMM |
|---|---|
| Jolynn Mallory *fka* Jolynn Cargill *fka* Jolynn Mister *fka* Jolynn Smith, | (a Chapter 7 case) |
| Debtor. | |

ORDER GRANTING MOTION OF VILLAGE CAPITAL & INVESTMENT, LLC
TO TERMINATE THE AUTOMATIC STAY

Upon consideration of the record before this Court and the Motion to Terminate the Automatic Stay filed by Village Capital & Investment, LLC ("Movant")(Docket No. 24) ("Motion"), with notice of the Motion having been given in accordance with the applicable Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rules, no objection having been filed, and good cause existing:

IT IS HEREBY ORDERED

The automatic stay imposed by 11 U.S.C. § 362(a) is hereby terminated as to Movant, and its successors and assigns, as to the subject property located at 1422 Cedar Ave, Lewiston Idaho 83501, and more particularly described as:

> The West 165 feet of the North 330 feet of Lot 2 in Block 49 of LEWISTON ORCHARDS TRACT NO. 8, according to the official plat thereof, filed in Book 2B of Plats at Page 70, official records of Nez Perce County, Idaho, measurements being from the centerlines of adjacent streets and alleys.

Together with all the improvements now or hereafter erected on the property, and all easements, appurtenances, and fixtures now or hereafter a part of the property.

*IT IS FURTHER ORDERED that the 14 day stay provided by 4001(a)(3) is waived.

DATED: June 7, 2022

_____
JOSEPH M. MEIER
CHIEF U. S. BANKRUPTCY JUDGE